1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  GONZALEZ & LEIGH, LLP
3  744 Montgomery Street, Fifth Floor
   San Francisco, CA  94111
4  Telephone:  (415) 912-5950
   Facsimile:  (415) 912-5951
5
6  Attorneys for Plaintiff
   CorZac, Inc., a California corporation,
7  JELLY's, a Dance Café,

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTSRICT OF CALIFORIA

11

12 | CorZac, Inc., a California corporation,      | Case No. CV11-0066 EDL
   | JELLY'S, A Dance Cafe,                       |
13 |                                              | **STIPULATION TO REMAND**
   |              Plaintiff,                      |
14 |                                              |
   |      v.                                      |
15 |                                              |
   | THE CITY AND COUNTY OF SAN                   |
16 | FRANCISCO, a municipal corporation           |
   | operating by and through the THE SAN         |
17 | FRANCISCO PORT COMMISSION; THE               |
   | PORT OF SAN FRANCISCO; MONIQUE               |
18 | MOYER, individually, THOMAS WM.              |
   | CARTER, individually, and SUSAN              |
19 | REYNOLDS, individually,                      |
20 |              Defendants.                     |

21

22
23
24
25
26
27
28

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:**

1. That the above-captioned matter shall be remanded back to the Superior Court of San Francisco, Unlimited Jurisdiction.

Dated: March 21, 2011

Gonzalez & Leigh, LLP

By: _____
G. Whitney Leigh,
Attorneys for Plaintiff, Corzac, Inc.

Dated: 3/22/11

DENNIS J. HERRERA
City Attorney
City and County of San Francisco

By: _____
David W. Ammons,
Deputy City Attorney, Attorneys
For Defendant City and County of
San Francisco

Dated: 3/30/2011

**IT IS SO ORDERED**

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

*(Seal: United States District Court, Northern District of California)*